Elizabeth M. Kessel, Esq. (SBN 128206)
Scott E. Boyer, Esq. (SBN 203813)
KESSEL & ASSOCIATES
3435 Wilshire Boulevard, Suite 2420
Los Angeles, California 90010-2010
Te: (213) 383-2800; Fax: (213) 382-9529
Kesselaw@Kesselaw.com

Attorneys for Defendants, COUNTY OF MONTEREY, LUCILLE HRALIMA, STEVEN SINOR, ELVA MANCILLA, (sued as Elva Mencia), MICHELLE CASILLA (sued as Michelle Cassillas), PATRICIA MANNION

*E-FILED - 3/8/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MEGAN DEANN ALLEN,<br><br>           Plaintiff,<br>   vs.<br><br>COUNTY OF MONTEREY, ADA SIFUENTES, ANTONIO SIFUENTES, LUCILLE HRALIMA, STEVEN SINOR, KAREN ASHARAH, ELVA MENCIA, MICHELLE CASSILLAS, PAT MANNION, and DOES 1- 30, inclusive,<br><br>           Defendants. | CASE NO. C06-07293RMW (HRL)<br><br>Assigned to: Hon. Ronald M. Whyte<br>Courtroom: 6<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>[Filing fee exemption for government entity pursuant to Government Code section 6103] |

/ / /

/ / /

/ / /

/ / /

1

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties, represented by their counsel, hereby stipulate to:

1. Continue the Initial Case Management Conference and associated deadlines for thirty (30) days.

DATED: March 6, 2007                KESSEL & ASSOCIATES

By:  /S/
SCOTT E. BOYER
Attorneys for Defendants, COUNTY OF MONTEREY, LUCILLE HRALIMA, STEVEN SINOR, ELVA MANCILLA (erroneously sued and served herein as ELVA MENCIA, MICHELLE CASILLA (erroneously used and served herein as MICHELLE CASSILLAS), PATRICIA MANNION

DATED: March 6, 2007                LAW OFFICES OF ROBERT R. POWELL

By:  /S/
ROBERT R. POWELL
Attorneys for Plaintiff, MEGAN DEANN ALLEN

**KESSEL & ASSOCIATES**
3435 Wilshire Blvd., Suite 2420
Los Angeles, CA 90010
Tel. No.: (213) 383-2800

# **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to April 13, 2007 at 10:30 a.m., in Courtroom 6 of the above-entitled court.

DATE: 3/8/07

*Ronald M. Whyte*

Hon. Ronald M. Whyte
United States District Court Judge

KESSEL & ASSOCIATES
3435 Wilshire Blvd., Suite 2420
Los Angeles, CA 90010
Tel. No.: (213) 383-2800

1

STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT
CONFERENCE AND ASSOCIATED DEADLINES
Case No. C06-07293RMW(HRL)