ROBERT R. POWELL, ESQ. CSB#159747
DENNIS R. INGOLS, ESQ. CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126-1216
T: (408) 553-0200  F: (408) 553-0203
rpowell@rrpassociates.com

DOUGLAS D. DURWARD, ESQ.  CSB#215910
LAW OFFICE OF DOUGLAS D. DURWARD
P.O. Box 834
Saint Helena, California 94574
(707) 287-0832 Telephone
Doug@durwardlaw.com

Attorneys for Plaintiff
MEGAN DEANN ALLEN

UNITED STATES DISTRICT COURT

*E-FILED - 4/4/07*

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| MEGAN DEANN ALLEN,<br><br>    Plaintiff,<br>vs.<br><br>COUNTY OF MONTEREY, et al., DOES 1 – 30, inclusive,<br><br>    Defendants. | Case No.:  C06-07293-RMW-HRL<br><br>Assigned to: Hon. Ronald M. Whyte<br>Courtroom: 6<br><br>STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT, AND ASSOCIATED DEADLINES |

Due to unforeseen circumstances beyond the parties' control, the parties respectfully ask this court to continue the concurrently-scheduled hearing on the Motion to Dismiss First Amended Complaint and the Motion to Strike First Amended Complaint, as well as the associated deadlines.  The stipulated hearing date below is the first available on the calendar of counsel and the court.

1

STIPULATION AND ORDER TO CONTINUE
HEARING AND ASSOCIATED DEADLINES
Allen v. County of Monterey, et al.
Case No. C06-07293 RMW(HRL)

Plaintiff, Megan Allen, and Defendants, County of Monterey, Lucille Hralima, Steven Sinor, Elva Mancilla, Michelle Casilla, and Patricia Mannion, by and through counsel, hereby stipulate as follows:

1. The hearing on the aforementioned defendants' Motion to Dismiss First Amended Complaint currently scheduled for April 6th, 2007 at 9:00 a.m. is continued to May 25th, 2007 at 9:00 a.m.; (jg)

2. The hearing on the aforementioned defendants' Motion to Strike First Amended Complaint currently scheduled for April 6th, 2007 at 9:00 a.m. is continued to May 25th, 2007 at 9:00a.m.; (jg)

3. Plaintiff's Opposition to the Motion to Dismiss must be filed on or before April 27, 2007;

4. Plaintiff's Opposition to the Motion to Strike must be filed on or before April 27, 2007;

5. The aforementioned defendants' Reply to Plaintiff's Opposition to the Motion to Dismiss must be filed on or before May 4, 2007; and

6. The aforementioned defendants' Reply to Plaintiff's Opposition to the Motion to Strike must be filed on or before May 4, 2007.

7. The Case Management Conference currently scheduled for April 13, 2007, is continued to June 15, 2007, at 10:30 a.m. to allow time for a decision on the afore-mentioned motions. (jg)

Dated: 3/14/2007                    LAW OFFICES OF ROBERT R. POWELL

                                    _____/s/_____
                                    ROBERT R. POWELL, ESQ.
                                    Attorney for Plaintiff

2

STIPULATION AND ORDER TO CONTINUE
HEARING AND ASSOCIATED DEADLINES
Allen v. County of Monterey, et al.
Case No. C06-07293 RMW(HRL)

| | |
|---|---|
| Dated: 03/14/07 | LAW OFFICE OF DOUGLAS D. DURWARD |
| | _____/s/_____ |
| | DOUGLAS D. DURWARD, ESQ. |
| | Attorney for Plaintiff |
| | |
| Dated: 3/14/2007 | KESSEL & ASSOCIATES |
| | _____/s/_____ |
| | SCOTT E. BOYER, ESQ. |
| | Attorneys for Defendants, COUNTY OF MONTERY, LUCILLE HRALIMA, STEVEN SINOR, ELVA MANCILLA (MENCIA), MICHELLE CASILLA (CASSILLAS), PATRICIA MANNION |

### ORDER

GOOD CAUSE APPEARING, the foregoing stipulation is adopted as the Order of this court.

DATE: 4/ 4 /2007

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

3

STIPULATION AND ORDER TO CONTINUE
HEARING AND ASSOCIATED DEADLINES
Allen v. County of Monterey, et al.
Case No. C06-07293 RMW(HRL)