Elizabeth M. Kessel, Esq. (SBN 128206)
Scott E. Boyer, Esq. (SBN 203813)
KESSEL & ASSOCIATES
3435 Wilshire Boulevard, Suite 2420
Los Angeles, California 90010-2010
Te: (213) 383-2800; Fax: (213) 382-9529
Kesselaw@Kesselaw.com

Attorneys for Defendants, COUNTY OF MONTEREY, LUCILLE HRALIMA, STEVEN SINOR, ELVA MANCILLA (sued as Elva Mencia), MICHELLE CASILLA (sued as Michelle Cassillas), PATRICIA MANNION

***E-FILED - 5/30/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MEGAN DEANN ALLEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTEREY, ADA SIFUENTES, ANTONIO SIFUENTES, LUCILLE HRALIMA, STEVEN SINOR, KAREN ASHARAH, ELVA MENCIA, MICHELLE CASSILLAS, PAT MANNION, and DOES 1- 30, inclusive,<br><br>　　　　Defendants. | CASE NO. C06-07293 RMW (HRL)<br>Action filed: November 27, 2006<br>Assigned to: Hon. Ronald M. Whyte<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT** |

On the court's own motion, the hearing on defendants' Motion to Dismiss and Motion to Strike First Amended Complaint has been continued from May 25, 2007, to June 1, 2007. Defense counsel is unavailable on June 1, 2007, because of previously scheduled matters which cannot be changed. Pursuant to stipulation, the parties respectfully request the court continue the hearing on defendants' Motion to Dismiss and Motion to Strike First Amended Complaint from June 1, 2007, to June 15, 2007, at 9:00 a.m. The initial Case Management Conference on this matter is currently scheduled for June 15, 2007, at 10:30 a.m.

1

STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT
Case No. C06-07293 RMW(HRL)

Plaintiff, Megan Allen, and defendants, County of Monterey, Lucille Hralima, Steven Sinor, Elva Mancilla, Michelle Casilla, and Patricia Mannion, by and through counsel, hereby stipulate to:

1. Continue the hearing on defendants' Motion to Dismiss and Motion to Strike First Amended Complaint, currently set for June 1, 2007, at 9:00 a.m., to June 15, 2007, at 9:00 a.m.

DATED:  May 24, 2007              LAW OFFICES OF ROBERT R. POWELL

By:_____/S/_____
ROBERT R. POWELL
DENNIS R. INGOLS
Attorneys for Plaintiff,
MEGAN DEANN ALLEN

DATED:  May 24, 2007              KESSEL & ASSOCIATES

By:_____/S/_____
ELIZABETH M. KESSEL
SCOTT E. BOYER
Attorneys for Defendants,  COUNTY OF MONTEREY, LUCILLE HRALIMA, STEVEN SINOR, ELVA MANCILLA (erroneously sued and served herein as ELVA MENCIA), MICHELLE CASILLA (erroneously used and served herein as MICHELLE CASSILLAS), PATRICIA MANNION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 30, 2007              *Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

**StipCont. Hrg MTD MTS**

2

STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT
Case No. C06-07293 RMW(HRL)