```
ROBERT R. POWELL, ESQ. CSB#159747
DENNIS R. INGOLS, ESQ. CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126-1216
T: (408) 553-0200  F: (408) 553-0203
rpowell@rrpassociates.com

DOUGLAS D. DURWARD, ESQ.  CSB#215910
LAW OFFICE OF DOUGLAS D. DURWARD
P.O. Box 834
Saint Helena, California 94574
(707) 287-0832 Telephone
Doug@durwardlaw.com
```

Attorneys for Plaintiff
MEGAN DEANN ALLEN

*E-FILED - 12/12/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| MEGAN DEANN ALLEN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>COUNTY OF MONTEREY, et al., DOES 1 – 30, inclusive,<br>　　　　　Defendants. | Case No.:  C06-07293-RMW-HRL<br><br>Assigned to: Hon. Ronald M. Whyte<br>Courtroom: 6<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties have complied with the ADR telephonic conference with Daniel Bowling as required pursuant to the referral to mediation by this court.  However, due to the holidays and various other scheduling and assignment issues within the offices of counsel and the ADR office, the ability to complete mediation by the next scheduled Case Management Conference (December 14th, 2007) as previously ordered, was agreed by all parties and Mr. Bowling to be infeasible.

1

Stipulation And Order
Allen v. County of Monterey, et al.
Case No. C06-07293 RMW (HRL)

The parties, in consultation with Mr. Bowling, have agreed to and scheduled a mediation for January 30th, 2008.  The parties therefore ask this court to set a Case Management Conference date at some date not sooner than 21 days thereafter, to allow for the mediation and the completion of a Joint Case Management Conference Statement timely to the selected date.  The parties have prepared the stipulation using the date of March 21, 2008 @ 10:30 AM for the CMC.

Based on the foregoing, the parties hereby stipulate and agree, and request this court order same;

GOOD CAUSE APPEARING,

1. The Case Management Conference currently set for December 14th, 2007, is continued to March 21, 2008, at 10:30 a.m.

IT IS SO STIPULATED.

Dated: 12/3/2007          LAW OFFICES OF ROBERT R. POWELL

                          _____/S/ Robert Powell_____
                          ROBERT R. POWELL, ESQ.
                          Attorney for Plaintiff

Dated: 12/3/2007          KESSEL & ASSOCIATES

                          _____/S/ Scott Boyer_____
                          SCOTT E. BOYER, ESQ.
                          Attorneys for Defendants, COUNTY OF
                          MONTERY, LUCILLE HRALIMA,
                          STEVEN SINOR, ELVA MANCILLA
                          (MENCIA), MICHELLE CASILLA
                          (CASSILLAS), PATRICIA MANNION

Stipulation And Order
Allen v. County of Monterey, et al.
Case No. C06-07293 RMW (HRL)

1 | Dated: 12/3/2007 | LEWIS BRISBOIS BISGAARD & SMITH LLP

                                              /S/ Irene Takahashi
IRENE TAKAHASHI, ESQ.
Attorney for Defendants
ADA & ANTONIO SIFUENTES

Dated: 12/____/2007     LAW OFFICES OF DOUGLAS TSUCHIYA

                                              /S/ Doug Tsuchiya
DOUG TSUCHIYA, ESQ.
Attorney for ANTONIO CEBALLOS

### ORDER

GOOD CAUSE APPEARING, the foregoing stipulation is adopted as the Order of this court.

IT IS SO ORDERED.

DATE: 12/__12__/2007

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Court Judge

Stipulation And Order
Allen v. County of Monterey, et al.
Case No. C06-07293 RMW (HRL)