DOUGLAS Y. TSUCHIYA , ESQ. CSB#84307
341 Capitol Street, #1
Salinas, CA 93901
(831) 758-2341
dougtsuchiya@gmail.com

Attorney for Plaintiff
Antonio M. Ceballos

*E-FILED - 2/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| MEGAN DEANN ALLEN, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF MONTEREY, et al., DOES 1 – 30, inclusive, <br><br> Defendants. | Case No.: C06-07293-RMW-HRL <br><br> NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL PARTIES, AND [] ORDER THEREON |

Plaintiff and father, Antonio Mendoza Ceballos, by and through his attorney of record, Douglas Y. Tsuchiya, hereby dismisses, with prejudice, all claims against all parties, pursuant to F.R.C.P. 41(a)(1).

Dated:                                                      LAW OFFICES OF DOUGLAS TSUCHIYA


                                                                     /s/  Douglas Tsuchiya
                                                             DOUGLAS TSUCHIYA, ESQ.
                                                             Attorneys for Plaintiff
                                                             ANTONIO MENDOZA CEBALLOS

1 **ORDER**

2       Good cause appearing, it is so ordered.

3

4

5 Dated: 2/6/08                                     /s/ Ronald M. Whyte
                                           United States District Judge

6                                            RONALD M. WHYTE

Allen v. Monterey County, et. al.
Case No. C06-07293-RMW-HRL
Notice of Voluntary Dismissal